IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EBONEE JACQUESE BELL
ADC #711204                                                                           PLAINTIFF

v.                              No. 3:20-cv-68-DPM

KERRI KOCOUREK,
Director, Think Legacy Program                                                        DEFENDANT

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 11*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Bell's deliberate indifference claim is dismissed without prejudice for failure to state a claim. Her equal protection claim against Kocourek goes forward.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 May 2020