IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EBONEE JACQUESE BELL
ADC #711204                                                                          PLAINTIFF

v.                              No. 3:20-cv-68-DPM

KERRI KOCOUREK,
Director, Think Legacy Program                                                DEFENDANT

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 23*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Kocourek's motion for summary judgment, *Doc. 20*, is granted. Bell's complaint will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

25 September 2020