IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EBONEE JACQUESE BELL
ADC #711204                                                              PLAINTIFF

v.                              No. 3:20-cv-68-DPM

KERRI KOCOUREK,
Director, Think Legacy Program                                           DEFENDANT

## JUDGMENT

Bell's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2020